1034

[No. 47466-9-I.   Division One.   July 30, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. JASON TWEEDIE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 00-8-03920-6, Kimberly Prochnau, J. Pro Tem., entered October 31, 2000. *Dismissed* by unpublished per curiam opinion.

[No. 47609-2-I.   Division One.   July 30, 2001.]

MICHAEL BISHOP, *Appellant*, v. DAVID W. HICK, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Snohomish County, 99-2-00945-1, Kenneth L. Cowsert, J., entered October 16, 2000. *Affirmed* by unpublished per curiam opinion.

[No. 46828-6-1.   Division One.   July 30, 2001.]

ORA SMITH-GUTTER, *Appellant*, v. THE DEPARTMENT OF HEALTH, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 99-2-20479-4, Jay V. White, J., entered May 17, 2000. *Affirmed* by unpublished opinion per Cox, J., concurred in by Kennedy and Ellington, JJ.

[Nos. 23640-1-II; 23659-1-II.   Division Two.   August 3, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN MICHAEL PARKS, ET AL., *Appellants*.

Appeals from judgments of the Superior Court for Thurston County, Nos. 98-1-01017-1 and 98-1-01014-6, Wm. Thomas McPhee, J., entered August 10, 1998. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Armstrong, C.J., and Bridgewater, J.